1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VASILII KULAKOV,

        Plaintiff,

        v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, ET AL.,

        Defendants.

CASE NO. 2:24-CV-01337-DJC-AC

**ORDER**

    The Court, having considered the parties' Stipulation to extend time to file responsive pleading and joint status report, and continuance of hearing date, and finding good cause, IT IS SO ORDERED:

    1.    Plaintiff shall have until August 21, 2024, to respond to Defendants' Motion to Dismiss;

    2.    The Parties shall file the joint status report on within twenty-eight (28) days after the Court's ruling on Defendants' pending Motion to Dismiss;

///

///

///

1

3.      The Motion hearing date is continued until October 17, 2024 at 1:30 PM in Courtroom 10 before District Judge Daniel J. Calabretta.

Dated:  July 22, 2024                    /s/ Daniel J. Calabretta

_____

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE